B1 (Official Form 1)(4/10)

# United States Bankruptcy Court
## Eastern District of Virginia

**Voluntary Petition**

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>**Xteriors Manufacturing, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**20-8393899** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**16401 International Street**<br>**Doswell, VA**<br>ZIP Code **23047** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Hanover** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity**
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Xteriors Manufacturing, LLC** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **Beaverdam Land Development Company, LLC** | Case Number: **11-30883** | Date Filed: **2/11/11** |
|---|---|---|
| District: **Eastern District of Virginia** | Relationship: **Affiliate** | Judge: **To Be Determined** |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X_____<br>Signature of Attorney for Debtor(s)    (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Xteriors Manufacturing, LLC** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

**X /s/ Roy M. Terry, Jr.**
Signature of Attorney for Debtor(s)

**Roy M. Terry, Jr. VSB No. 17764**
Printed Name of Attorney for Debtor(s)

**DurretteCrump PLC**
Firm Name

**1111 E. Main Street, 16th Floor**
**Richmond, VA 23219**

_____
Address

**804.775.6900  Fax: 804.775.6911**
Telephone Number

**February 11, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X /s/ Donald L. Hall**
Signature of Authorized Individual

**Donald L. Hall**
Printed Name of Authorized Individual

**Managing Member**
Title of Authorized Individual

**February 11, 2011**
Date

# United States Bankruptcy Court
## Eastern District of Virginia

In re **Xteriors Manufacturing, LLC**  
Debtor(s)

Case No. _____  
Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Dimex, LLC<br>28305 SR 7 North<br>Marietta, OH 45750 | Dimex, LLC<br>28305 SR 7 North<br>Marietta, OH 45750 | 8 Spikes | | 10,281.60 |
| IRS<br>Mr. JW Ham<br>400 North 8th Street, #860<br>Richmond, VA 23219 | IRS<br>Mr. JW Ham<br>400 North 8th Street, #860<br>Richmond, VA 23219 | 941 Tax Lien | | 198,180.75 |
| Lanxess Corp<br>P.O. Box 404818<br>Atlanta, GA 30384-4818 | Lanxess Corp<br>P.O. Box 404818<br>Atlanta, GA 30384-4818 | Color | | 14,417.12 |
| Mintek Resources, Inc.<br>2440 Dayton-Xenia Rd, Ste D<br>Beavercreek, OH 45434 | Mintek Resources, Inc.<br>2440 Dayton-Xenia Rd, Ste D<br>Beavercreek, OH 45434 | Cement | | 30,462.62 |
| Printersmark, Inc.<br>P.O. Box 27402<br>Richmond, VA 23261-7402 | Printersmark, Inc.<br>P.O. Box 27402<br>Richmond, VA 23261-7402 | Mailer Service | | 12,072.18 |
| RAMF Molds<br>90 Western Maryland<br>Hagerstown, VA 21740 | RAMF Molds<br>90 Western Maryland<br>Hagerstown, VA 21740 | Mold | | 14,898.00 |
| Rappahannock Economic Development Corporation<br>406 Princess Anne Street<br>Fredericksburg, VA 22401 | Rappahannock Economic Development Corporation<br>406 Princess Anne Street<br>Fredericksburg, VA 22401 | Unconditional guarantee of SBA Loan #2733806009 | | 1,189,000.00 |
| SBA<br>P.O. Box 940<br>Ruther Glen, VA 22546 | SBA<br>P.O. Box 940<br>Ruther Glen, VA 22546 | Plant Equipment | | 1,148,771.00 |
| SRW<br>P.O. Box 70<br>Princeton, MN 55371 | SRW<br>P.O. Box 70<br>Princeton, MN 55371 | | | 13,003.77 |
| Union Bank & Trust Company<br>P.O. Box 940<br>Ruther Glen, VA 22546 | Union Bank & Trust Company<br>P.O. Box 940<br>Ruther Glen, VA 22546 | Equipment | | 7,285.00 |
| Union Bank & Trust Company<br>P.O. Box 940<br>Ruther Glen, VA 22546 | Union Bank & Trust Company<br>P.O. Box 940<br>Ruther Glen, VA 22546 | Plant Equipment | | 1,361,568.00 |

B4 (Official Form 4) (12/07) - Cont.

In re **Xteriors Manufacturing, LLC**　　　　　　　　　　　　Case No.　　　　　　　　　
　　　　　　　　　　　　　　　Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Union Bank & Trust Company<br>P.O. Box 940<br>Ruther Glen, VA 22546 | Union Bank & Trust Company<br>P.O. Box 940<br>Ruther Glen, VA 22546 | Loan for working capital | | 213,905.00 |
| Union Bank & Trust Company<br>P.O. Box 940<br>Ruther Glen, VA 22546 | Union Bank & Trust Company<br>P.O. Box 940<br>Ruther Glen, VA 22546 | Crusher and other equipment | | 41,916.00 |
| Virginia Dept of Taxation<br>P.O. Box 26626<br>Richmond, VA 23261-6626 | Virginia Dept of Taxation<br>P.O. Box 26626<br>Richmond, VA 23261-6626 | Sales Tax | | 32,972.23 |
| Virginia Dept of Taxation<br>P.O. Box 26626<br>Richmond, VA 23261-6626 | Virginia Dept of Taxation<br>P.O. Box 26626<br>Richmond, VA 23261-6626 | State Payroll Taxes | | 8,747.45 |
| Visa<br>P.O. Box 30131<br>Tampa, FL 33630-3131 | Visa<br>P.O. Box 30131<br>Tampa, FL 33630-3131 | Credit Card | | 10,268.81 |
| Visa<br>P.O. Box 30131<br>Tampa, FL 33630-3131 | Visa<br>P.O. Box 30131<br>Tampa, FL 33630-3131 | Credit Card | | 9,336.67 |
| Visa<br>P.O. Box 30131<br>Tampa, FL 33630-3131 | Visa<br>P.O. Box 30131<br>Tampa, FL 33630-3131 | Credit Card | | 8,536.21 |
| Vulcan<br>P.O. Box 75219<br>Charlotte, NC 28275-0219 | Vulcan<br>P.O. Box 75219<br>Charlotte, NC 28275-0219 | #9 Gravel | | 13,616.01 |
| Wells Fargo<br>NW-8178<br>P.O. Box 1450<br>Minneapolis, MN 55485-8178 | Wells Fargo<br>NW-8178<br>P.O. Box 1450<br>Minneapolis, MN 55485-8178 | Lease of 2007 Freightliner | | 10,893.68 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

　　　I, the Managing Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **February 11, 2011**　　　　　　　Signature **/s/ Donald L. Hall**
　　　　　　　　　　　　　　　　　　　　　　　　　　**Donald L. Hall**
　　　　　　　　　　　　　　　　　　　　　　　　　　**Managing Member**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Eastern District of Virginia

In re  **Xteriors Manufacturing, LLC**  ,
Debtor

Case No. _____

Chapter **11**

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Donald L. Hall**<br>**15298 Windy River Farm Lane**<br>**Beaverdam, VA 23015** | | **67% Interest** | **Common Stock** |
| **Julie A. Vaas**<br>**11913 Dunnottar Terrace**<br>**Chesterfield, VA 23838** | | **33%** | **Common Stock** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Managing Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **February 11, 2011**

Signature  **/s/ Donald L. Hall**
**Donald L. Hall**
**Managing Member**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

**0** continuation sheets attached to List of Equity Security Holders

| | | |
|---|---|---|
| Allied Concrete<br>3900 Shanon Street<br>Chesapeake, VA 23324 | Builders Exchange<br>3207 Hermitage Road<br>Richmond, VA 23227 | Ferrellgas<br>P.O. Box 173940<br>Denver, CO 80217-3940 |
| Allied Waste<br>2490 Charles City Road<br>Richmond, VA 23231-4402 | Can See Fire Service<br>P.O. Box 147<br>Ashland, VA 23005 | Free Lance Star<br>616 Ameila Street<br>Fredericksburg, VA 22403 |
| AmeriGas<br>P.O. Box 25224<br>Richmond, VA 23260-5224 | Central Industries<br>Business Center at Owings Mill<br>11433 Cronbridge Drive, #F<br>Owings Mill, MD 21117 | Froehling & Robertson<br>3015 Dmbarton Road<br>Richmond, VA 23228 |
| APHA Systems<br>P.O. Box 634880<br>Cincinnati, OH 45263-4880 | Daimler Chrysler Truck<br>DCFS USA, LLC<br>P.O. Box 3198<br>Milwaukee, WI 53201-3198 | Gary Cameron<br>12016 Willow Farm Drive<br>Ashland, VA 23005 |
| Apple Valley Scale<br>P.O. Box 3434<br>Winchester, VA 22604 | Dimex, LLC<br>28305 SR 7 North<br>Marietta, OH 45750 | Genworth Life Insurance<br>P.O. Box 10720<br>Lynchburg, VA 24506-0720 |
| AT&T<br>P.O. Box 6463<br>Carol Stream, IL 60197-6463 | Direct Capital Corporation<br>155 Commerce Way<br>Portsmouth, NH 03801 | Graphic Solutions<br>12104 Washington Hwy, Unit 9<br>Ashland, VA 23005 |
| BC Woods<br>11364 Air Park Road<br>Ashland, VA 23005 | Donald L. Hall<br>15298 Windy River Farm Lane<br>Beaverdam, VA 23015 | Hanover County<br>Dept. of Public Utilities<br>P.O. Box 91736<br>Richmond, VA 23291-1736 |
| Beaverdam Land Development<br>Company, LLC<br>16401 International Street<br>Doswell, VA 23047 | Dougherty Equipment<br>P.O. Box 601439<br>Charlotte, VA 28260-1439 | Hanover County<br>M. Scott Miller, Treasurer<br>P.O. Box 91730<br>Richmond, VA 23291-1730 |
| Brinks<br>P.O. Box 70834<br>Charlotte, VA 28272-0834 | Enviromed Corp<br>555 Blackwood Clementon Road<br>Lindenwold, NJ 08021 | Hanover County<br>M. Scott Miller<br>P.O. Box 91730<br>Richmond, VA 23291-1730 |
| Broadview Security<br>P.O. Box 70834<br>Charlotte, NC 28272-0834 | Fastenal Company<br>P.O. Box 1286<br>Winona, MN 55987-1286 | Industrial Services<br>P.O. Box 60614<br>Potomac, MD 20859 |

| | | |
|---|---|---|
| IRS<br>Mr. JW Ham<br>400 North 8th Street, #860<br>Richmond, VA 23219 | Printersmark, Inc.<br>P.O. Box 27402<br>Richmond, VA 23261-7402 | Standley Batch Systems<br>P.O. Box 800<br>Cape Girardeau, MO 63702-0800 |
| King William Sand & Gravel<br>P.O. Box 6090<br>Falmouth, VA 22403 | RAMF Molds<br>90 Western Maryland<br>Hagerstown, VA 21740 | Straight Point Line, Inc.<br>72 Sharp Sreet<br>STEC-11<br>Hingham, MA 02043 |
| Lane & Hamner<br>3520-A Courthouse Road<br>Richmond, VA 23236 | Rappahannock Economic<br>Development Corporation<br>406 Princess Anne Street<br>Fredericksburg, VA 22401 | Timothy Vaas<br>11913 Dunnottar Terrace<br>Chesterfield, VA 23838 |
| Lanxess Corp<br>P.O. Box 404818<br>Atlanta, GA 30384-4818 | Rappahannock Electric<br>P.O. Box 34849<br>Alexandria, VA 22334-0849 | U.S. Small Business Admin<br>Richmond District Office<br>400 North 8th Street, #1150<br>Richmond, VA 23240-0126 |
| Level 3 Communications<br>Department 182<br>Denver, CO 80291-0182 | Richmond Rimes<br>P.O. Box 27775<br>RICHMOND, VA 23261-7775 | Union Bank & Trust Company<br>P.O. Box 940<br>Ruther Glen, VA 22546 |
| Mintek Resources, Inc.<br>2440 Dayton-Xenia Rd, Ste D<br>Beavercreek, OH 45434 | Santander<br>P.O. BoxX 660633<br>Dallas, TX 75266-0633 | ValPak<br>6421 Rigsby Road<br>Suite 201<br>Richmond, VA 23226-2916 |
| NMHG Financial Services<br>P.O. Box 643749<br>Pittsburgh, PA 15264-3749 | SBA<br>P.O. Box 940<br>Ruther Glen, VA 22546 | Verizon<br>P.O. Box 660720<br>Dallas, TX 75266-0720 |
| Packaging System<br>11830 North Lakeridge Park<br>Ashland, VA 23005 | Seitz Technologies<br>P.O. Box 2625<br>Midlothian, VA 23113 | Virginia Dept of Taxation<br>P.O. Box 26626<br>Richmond, VA 23261-6626 |
| Patient First<br>P.O. Box 758952<br>Baltimore, MD 21275-8925 | Service Tire Truck Center<br>2255 Avenue A<br>Bethlehem, PA 18017 | Virginia Dept of Taxation<br>P.O. Box 1777<br>Richmond, VA 23218-1777 |
| Personnel Concepts<br>P.O. Box 5750<br>Carol Stream, IL 60197-5750 | SRW<br>P.O. Box 70<br>Princeton, MN 55371 | Visa<br>P.O. Box 30131<br>Tampa, FL 33630-3131 |

Vulcan
P.O. Box 75219
Charlotte, NC 28275-0219


Wells Fargo
NW-8178
P.O. Box 1450
Minneapolis, MN 55485-8178


Wells Fargo
P.O. Box 7777
San Francisco, CA 94120-7777


Xteriors Factory Outlets, Inc.
16401 International Street
Doswell, VA 23047


Xteriors of Virginia Beach, LLC
16401 International Street
Doswell, VA 23047

# United States Bankruptcy Court
## Eastern District of Virginia

In re **Xteriors Manufacturing, LLC**  
Debtor(s)

Case No.  
Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Xteriors Manufacturing, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**February 11, 2011**  
Date

**/s/ Roy M. Terry, Jr.**  
**Roy M. Terry, Jr.**  
Signature of Attorney or Litigant  
Counsel for **Xteriors Manufacturing, LLC**  
**DurretteCrump PLC**  
**1111 E. Main Street, 16th Floor**  
**Richmond, VA 23219**  
**804.775.6900 Fax:804.775.6911**